# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159451

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

COLLEEN BODNAR, GREG BOZIMOWSKI,
CAROL BURKE, GLENDA CALVIN, KEVIN
CARDWELL, LESLIE CARDWELL, ANDREA
CHELOTTI, JANA CHRUMKA, JOHN
CIROCCO, CECILIA DURONIO, SHARON
ESGUERRA, MARIANNA FLATT, MARIA
GAMBLE, CHERYL ROBB-GENEVICH,
KIM GLANDA, BECCA GRAHAM, MARY
MARGARET GULOWSKI, ANGELIQUE GWIN,
CHRISTYNE ISON, STEVE KISH, HEATHER
KWIATKOWSKI, ROBERT LOSEY,
KATHLEEN McNELIS, JESSICA MAST, GREG
O'DELL, OSCAR ONG, CHRISTINA POTKAY,
KIMBERLY RAFFLER, BRUCE REED, NANCY
RICHARDS, KSENIA SCEKIC, SARAH SIMS,
CINDY THORNE, KELLY TRETHEWEY,
YOLANDA WILKINS, MARIE WILLIAMS,
SHEILA WILLIAMSON, KENNETH ANDREW
WILLARD, and RUTHANNE WIRTH,
          Plaintiffs-Appellants,

v

ST. JOHN PROVIDENCE, INC. and
ASCENSION HEALTH,
          Defendants-Appellees.

SC: 159451
COA: 337615
Oakland CC: 2016-152330-CB

_____/

      On order of the Court, the application for leave to appeal the March 5, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



                Clerk

t0224